**Order filed July 18, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

NO. 01-17-00488-CV
_____

**ROBERT GULLEDGE AND DIANA GULLEDGE, Appellant**

**V.**

**WARREN WESTER AND THEODORE SULLIVAN, Appellee**

On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Cause No. 16-CV-1022

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of the following document:

- Plaintiff's Exhibit 47.

The exhibit clerk of the 10th District Court is directed to deliver to the Clerk of this court the original of the identified document, on or before July 25, 2018. The Clerk of this court is directed to receive, maintain, and keep safe these original exhibits; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of the identified documents, to the clerk of the 10th District Court.

PER CURIAM